UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| DEVIN DROBSCH, individually and on behalf of all others similarly situated,<br><br>v.<br><br>PEPSICO, INC. | Case No. 2:22-cv-00550-WSS<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge William S. Stickman |

### ORDER TRANFERRRING VENUE

Came on to be considered Plaintiff Devin Dobsch's Unopposed Motion to Transfer Venue, and having reviewed the Motion, the Court is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED that this matter is transferred in its entirety to the United States District Court for the Southern District of New York.

\_\_5-19-22_____
Date

_____
William S. Stickman
United States District Judge